# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: December 16, 2025

| | | |
|---|---|---|
| * * * * * * * * * * * * * | | |
| BRITTANY TANT | * | |
| | * | |
| Petitioner, | * | No. 24-1255V |
| | * | |
| v. | * | Special Master Gowen |
| | * | |
| SECRETARY OF HEALTH | * | Order Concluding Proceedings |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * | | |

*Jeffrey S. Pop*, Jeffrey S. Pop & Associates, Beverly Hills, CA, for petitioner.
*Crystal Fialkowski,* U.S. Department of Justice, Washington, D.C., for respondent

## ORDER CONCLUDING PROCEEDINGS[1]

On August 15, 2024, Brittany Tant ("petitioner") filed a claim in the National Vaccine Injury Compensation Program.[2]  Petition (ECF No. 1).  Petitioner alleged that as a result of receiving the influenza ("flu") vaccine, she developed cerebellar ataxia.  *Id.* at Preamble.

On December 15, 2025, the parties filed a joint stipulation of dismissal stating, "The parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action shall be dismissed.  Joint Stipulation ¶ 2 (ECF No. 25).

Under Vaccine Rule 21(a), petitioner may engage in a voluntary dismissal by filing a stipulation of dismissal which all parties have signed, which the parties in this matter have done. Unver Vaccine Rule 21(a)(3), the result of a joint stipulation of dismissal is an Order Concluding

---

[1] Pursuant to the E-Government Act of 2002, see 44 U.S.C. § 3501 note (2012), **because this opinion contains a reasoned explanation for the action in this case, I intend to post it on the website of the United States Court of Federal Claims.**  The Court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7.  Before the opinion is posted on the Court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy."  Vaccine Rule 18(b).  An objecting party must provide the Court with a proposed redacted version of the opinion.  *Id.*  **If neither party files a motion for redaction within 14 days, the opinion will be posted on the Court's website without any changes.**  *Id.*

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to 34 (2012) (hereinafter "Vaccine Act" or "the Act").  Hereinafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

Proceedings. No judgment will enter pursuant to Vaccine Rule 11 for the purposes of 42 U.S.C. § 300aa-21(a).

**Thus, this case is DISMISSED. The Clerk of the Court is directed to remove this case from the docket of the undersigned.**

**IT IS SO ORDERED.**

<u>s/Thomas L. Gowen</u>
Thomas L. Gowen
Special Master